IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-00546-REB-MEH

ARKANSAS VALLEY DRILLING, INC., a Colorado corporation,

　　Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation,

　　Defendant.

## ORDER

**Blackburn, J.**

　　The request of the parties for approval of their **Stipulation for Dismissal with Prejudice** [#32][1] filed April 13, 2010, is **DENIED**. This case is closed and judgment [#31] has entered. Therefore, the court no longer has jurisdiction.

　　Dated April 14, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.